E-filing

RECEIVED 08 MAR -3 PM 1:27 U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FILED

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name Walker Jeffery E

(Last) (First) (Initial)

Prisoner Number F11343

Institutional Address CMF, P.O. Box 2000 Vacaville CA, 95696-2000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeffery Eugene Walker
(Enter the full name of plaintiff in this action.)

vs.

SanFrancisco County Jail

(Enter the full name of the defendant(s) in this action)

CV 08 1264

Case No.

(To be provided by the clerk of court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

CRB

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement CMF

B. Is there a grievance procedure in this institution?

YES ( ) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure? JW

YES (X) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal ______________________________

2. First formal level ______________________________

3. Second formal level ______________________________

4. Third formal level ______________________________

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. See! claim Attached # 08-00137

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Jeffery Eugene Walker F11343
CMF p.o. Box 2000
Vacaville CA. 95696-2000

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

SanFrancisco county Jail sherriff Department
850 Bryant st
SanFrancisco CA 94103

Lost Property

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

The Sanfrancisco county jail lost my property. On Jan 17-06 I was Emergency taken to the S.F. Sanfrancisco general hospital from the county jail. My property was not brout to the hospital. On january 18-06 An emergency Tx was put in place to take me Plaintiff to Sanquentin State prison.The county jail did not bring my personal property with them and left it in my unit were I was housed before taken to S.F general hospital. See: added document Exhibit (A) The Jail admits they never forwarded property and can no longer locate it.

IV. Relief :Demand for Jury trial

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Compensatory:100.000 - Bills, personal property, see; Claim

Punative:50.000

any and all other relief that the court deems ok !That Legaly I am un aware of.

Request for counsel

I am an E.O.P Inmate at Vacaville state prison Extended Out patient program for mental health patients who have mental illness that in able there function My mental health noted in exhibit(X) Attached causes me to not complete projects and i loose my focus.

Also becuase of the legal issues and a request for jury trial I will need assistance.

I am not experienced at law and my mental health status and this fact will cuase difficulty in me staying focused were I may not respond to orders or I may not be able to stay focused to research.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of Feb, 2008

Jeffrey Walker
(Plaintiff's signature)

I swere under penalty of perjury that the foregoing statment are true to my best ability to recall.

It should also be noted that the request for trust acount was made before the deadline date for filing and do to other legal filings and limited time in legal law library is why this was delayed.

also please note that I am a mental health patient at CMF E.O.P leval of care and have been under treatment since Jan 17-06 and while at county Jail May 2005 till Tx Jan-17-06

x *Jeffery Walker* Date---2-25-08---

*Jeffery walker*

Please note that the denial from city attorney is in error the complaint was filed on time and I requested the city attorney to honor that and they refused.They also refused to accept the fact that I am a mental health patient whos mental capacity often causes me to not complete any projects or filings .

Exhavstion of claim

City Attorney

2. Denial in error

3. Admission of Lost property

Exhibit (A)

CITY AND COUNTY OF SAN FRANCISCO

DENNIS J. HERRERA
City Attorney

OFFICE OF THE CITY ATTORNEY

Naomi Willis
Investigator

DIRECT DIAL: (415) 554-3893
E-MAIL: NAOMI.WILLIS@SFGOV.ORG

July 31, 2007

Jeffery Walker F11343
CMF P.O. Box 2000
Vacaville, CA 95696-2000

RE: Claim of: Jeffery Walker F11343
Claim Number: 08-00137

Department: SHERIFF County Sheriff (06)
Incident Date: January 18, 2005
Filed Date: July 17, 2007

NOTICE OF ACTION UPON CLAIM

PLEASE TAKE NOTICE THAT A review of your claim filed with the City and County of San Francisco has revealed that your claim was not presented to the Controller "within a reasonable time not to exceed one year after the accrual of the cause of action," as required by California Government Code section 911.4 (b). Consequently, your claim is barred.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Very truly yours,

DENNIS J. HERRERA
City Attorney

Naomi Willis

NAOMI WILLIS
Investigator

Claim of: Jeffery Walker F11343 Claim Filed: July 17, 2007

I, Naomi Willis say: I am a citizen of the United States, over eighteen years of age, and not a party to the within action; that I am employed by the City Attorney's Office of San Francisco, Fox Plaza, 1390 Market Street, Suite 250, San Francisco, CA 94102.

That on July 31, 2007 I served:

NOTICE OF ACTION UPON CLAIM

by placing a true copy thereof in an envelope addressed to:

Jeffery Walker F11343
CMF P.O. Box 2000
Vacaville, CA 95696-2000

and by then sealing and depositing said envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California. The mailbox that I deposited said envelope is regularly maintained by the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2007 at San Francisco, California.

Naomi Willis
Naomi Willis

DECLARATION OF SERVICE BY MAIL

It was not know the property was lost until an official in quirey was done. Thanks to the Assistans of Board of supervisors who assisted because the jail refused to answer my earlier Inquirey
The Final status date was Feb, 7 2007
The Jail policy was for transportation officers to get all property and for the unit to bring down all property left in unit so transportation could bring it exspecialy knowing Inmate was being taken to prison. such Documents Legal, photos Bills etc. had numbers, family Etc. staff made no efforts to forward or try and get ahold of me, exspecialy were legal materials are clearly seen. There must be a procedure of who recieved and through a way

COMPLETED CLAIMS AND RELATED DOCUMENTATION MUST BE FILED WITH THE:
CONTROLLER'S OFFICE, City Hall, 1 Dr. Carlton B. Goodlett Place, Room 396 San Francisco, CA 94102-4694

# INSTRUCTIONS FOR FILING A CLAIM

Failure to complete all sections of the Claim form could delay the processing of your claim
and could result in the return or denial of your claim.

1. **Claimant's Name, Address and Telephone**-State the full name, mailing address, and telephone numbers of the person claiming personal injury, property damage or loss.

2. **Official Notices and Correspondence**-Provide the name, mailing address, and telephone numbers of the person to whom all official notices and other correspondence should be sent, if other than claimant. This official contact person can be the claimant or a representative of the claimant. If this section is completed, all official notices and correspondence will be sent to the person listed.

3. **Date of Birth**-State claimant's date of birth including month, day, and year.

4. **Social Security Number**-State the claimant's social security number.

5. **Date of Incident**-State the exact month, day, and year of the incident giving rise to the claim.

6. **Time of Incident**-State the exact time, including A.M. or P.M., of the incident giving rise to the claim.

7. **Location of Incident or Accident**-Include the city, and exact street address or intersection streets where the incident occurred.

8. **Claimant Vehicle License Plate Number**-Please provide license plate number of vehicle driven by claimant or in which claimant was a passenger.

9. **Basis of Claim**-State in detail all facts supporting your claim, including all facts and circumstances of the incident, all alleged injuries, property damage and loss, all persons, entities, property and City departments involved, and why you believe the City is responsible for the alleged injury, property damage or loss. In the appropriate boxes, provide the name, I.D. number and City department of the City employee or employees who allegedly caused the injury or property damage, the type of City vehicle involved (if any), and the license and number of the City vehicle involved (if any). For accidents involving a bus or light rail vehicle, please provide the line and vehicle number.

10. **Description of Injury, Property Damage or Loss**-Provide in full detail a description of the injury, property damage or loss that allegedly resulted from the incident. If claimant's vehicle was involved, provide make, model, and year.

11. **Amount of Loss and Method of Computation**-State the total amount of money you are claiming in damages. Provide a breakdown of each item of damages and how that amount was computed. You may include future, anticipated expenses or losses. Whenever possible, please attach copies of all bills, receipts and repair estimates. If the claim involves property damage, please provide two repair estimates. The Government Code provides that if the claim is for less than $10,000.00, the claimant must state the total amount claimed, together with the basis of his or her computation of the amount claimed. If the claim exceeds $10,000.00, no dollar amount need be provided, but the claimant must indicate the applicable court jurisdiction. Limited civil jurisdiction cases are those involving damages under $25,000.00; unlimited civil jurisdiction cases are those involving damages of $25,000.00 or more.

12. **Witnesses**-State the names, addresses, and telephone numbers of any persons who witnessed the incident. Attach list of additional names if necessary.

13. **Signature of Claimant or Representative**-Please sign and date. Print name of signatory and relationship to claimant. The claim must be signed by the claimant or by the official representative of the claimant. The Controller will not accept the claim without the original signature. (A photostatic copy will not be accepted.)

Claims for death or injury to persons or damage to personal property must be filed within six months after the incident giving rise to the claim. All other claims must be filed within one year.

** Personal service of claims can be accomplished during regular business hours, Monday through Friday (excluding County holidays). If you want a time stamped copy of your claim returned to you, please present an original and copy of the claim, and include a self-addressed stamped envelope.

For information on the status of your claim, please call the applicable number listed below.

| | | | | | |
|---|---|---|---|---|---|
| WATER DEPARTMENT | 554-3900 | PORT OF SAN FRANCISCO | 274-0486 | PUC SEWER | 554-5845 |
| MUNICIPAL RAILWAY | 554-3900 | S.F. INTERNATIONAL AIRPORT | (650) 821-5073 | DEPT. OF PUBLIC WORKS | 554-5845 |
| OTHER DEPARTMENTS | 554-3900 | CONTROLLER'S CLAIM DIVISION | 554-7505 | DEPT. OF BLDG. INSPECTION | 554-5845 |

We Do Not Accept claims for the following agencies:

| | | |
|---|---|---|
| 1. HOUSING AUTHORITY | 440 TURK STREET, S.F., CA 94102 | (415) 554-1200 |
| 2. REDEVELOPMENT AGENCY | 770 GOLDEN GATE AVE., S.F., CA 94102 | (415) 749-2400 |
| 3. SAN FRANCISCO UNIFIED SCHOOL DISTRICT | 555 FRANKLIN ST., 3RD FLOOR S.F., CA 94102 | (415) 241-6000 |

*Please be advised that the City and County of San Francisco may offset against a claim any amounts owed by the claimant, including unpaid hospital bills, unpaid parking and traffic tickets and welfare reimbursements or overpayments.*

# CLAIM AGAINST THE CITY AND COUNTY OF SAN FRANCISCO

Before completing this form, please read the instructions on the back. You have only 6 months from the date of incident to submit this form and supporting documentation to the Controller or the Clerk of the Board of Supervisors.

**1. Claimant's Name and Home Address** (Please Print Clearly)
Jeffery Walker F11343.
CMF P.O. Box 2000
City Vacaville CA. Zip 95696-2000
Telephone Daytime Evening

**2. Send Official Notices and Correspondence to:**
Jeffery Walker F11343
CMF P.O. Box 2000
City Vacaville CA. Zip 95696-2000
Telephone Daytime Evening

| 3. Date of Birth | 4. Social Security Number | 5. Date of Incident | 6. Time of Incident (AM or PM) |
|---|---|---|---|
| 9-18-63 | 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 | 1-18-05 | Morning |

| 7. Location of Incident or Accident | 8. Claimant Vehicle License Plate #, Type and Year |
|---|---|
| San Francisco County Jail | |

**9. Basis of Claim.** State in detail all facts and circumstances of the incident. Identify all persons, entities, property and City departments involved. State why you believe the City is responsible for the alleged injury, property damage or loss.

San Francisco County Jail. Failed to transfer my property with me to prison 1-18-06 Inwich I told transportation who picked me up from San Francisco General where I was on medical and transferred me to San Quentin prison.

| Name, I.D. Number and City Department of City Employee who allegedly caused injury or loss | Type of City Vehicle | Vehicle License Number and Bus or Train Number |
|---|---|---|
| | | |

**10. Description of Claimant's injury, property damage or loss**

Numerous Business Bills Loss
Canteen and phone cards Loss
Business cards and photo's Loss
Legal research Documents Loss
witnesses Addresses. Info. Loss
Court case Documents Loss
personal Addresses phone #'s Loss
Bank Notices & Investers Loss

**11. Amount of Claimant's property damage or loss and method of computation. Attach supporting documentation. (See Instructions)**

| ITEMS | |
|---|---|
| See! 10. | $ |
| | $ |
| ← See Added | $ |
| Complaint's property | $ |
| TOTAL AMOUNT | $ |

Court Jurisdiction: Limited Civil ☐ Unlimited Civil ☒

**12. Witnesses (if any)**

| | Name | Address | Telephone |
|---|---|---|---|
| 1. | Document | attached Board of Supervisors | 2-7-07 |
| 2. | | | |

**13.**

Jeffery Walker — Signature of Claimant or Representative
7-6-07 — Date
Jeffery Walker — Print Name
Relationship to Claimant

Do Not Write In This Space

CRIMINAL PENALTY FOR PRESENTING A FALSE OR FRAUDULENT CLAIM IS IMPRISONMENT OR FINE OR BOTH. (PENAL CODE §72)

CA/FORM 2. 2/01

# City and County of San Francisco

## OFFICE OF THE SHERIFF

Michael Hennessey
SHERIFF

(415) 554-7235

Mr. Jeffrey Walker, F11343
CMF
P.O Box 2000
Vacaville, Ca., 95696-2000

February 7, 2007.

RE: Lost Property Request:

Dear Mr. Walker

I spoke with Captain James, the Facility Commander assigned to County Jail #2, regarding the status of your lost property. Captain James and his staff checked to see if any property in the Property Room was tagged with your name. Unfortunately, they were unsuccessful. Property that is left behind such as yours was when you went to the hospital and then to state prison, is usually discarded. There is no set schedule.

Although these papers were important to you, they would have been considered disposable by anyone cleaning out a cell and subsequently discarded. My only recommendation is for you to contact Prisoner Services and NCSL to see if they have copies of your grievances and legal materials. I provided you with the addresses in my last letter. Hopefully, they can be of assistance.

I apologize for any inconvenience this has caused

Mary Ann de Souza

# City and County of San Francisco

## OFFICE OF THE SHERIFF

Michael Hennessey
SHERIFF

(415) 554-7235

Jeffery Walker F 11343
CMF
P.O Box 2000
Vacaville, Ca., 95696-2000

January 10, 2007

RE: LOST PROPERTY INQUIRY - BOARD OF SUPERVISORS:

Dear Mr. Walker,

The San Francisco Board of Supervisors received your inquiry regarding personal property that was misplaced after your incarceration in the San Francisco County Jail. According to your letter, you were transferred from a jail facility to the Hospital Unit: Ward 7 L, on January 17, 2006. You were subsequently transported to San Quentin the following day: January 18th. Your personal property, including legal materials, was not transferred with you.

Generally, when a prisoner is in custody, personal property remains with the person until release or transfer to another institution. If a prisoner is transported to the hospital, personal property does not accompany the prisoner, largely because of the emergency nature associated with hospital admissions. Since you were sent to San Quentin the following day, the property remained at the jail facility where you had been housed. After a prisoner is released from custody, any items left in the cell are destroyed. In your case, the papers, documents and other materials would not have been saved, particularly since it has been approximately one year since you left Sheriff's custody.

The Sheriff's Department regrets the loss of your property and suggests that you contact Prisoner Legal Service and the Northern California Service League to see if they have copies of some of your materials. I have included their respective addresses so you may contact them for assistance.

Prisoner Legal Services
70 Oak Grove Street
San Francisco, Ca. 94103

Northern California Service League
28 Boardman Place
San Francisco, Ca., 94103.


Sincerely,


Mary Ann de Souza
San Francisco Sheriff's Department


C:      Madeleine Licavoli, Deputy Director II
        Board of Supervisors

# COMPLAINTS PROPERTY

1. Because of staff Neglegance and Loss of Bills sent that had Due dates to regard including clients and Investors Addresses phone Numbers - I could not Run my Business nor contact the necassary people to collect what was owed to me as a Result Im rec-eiving Tax Lien notices - Delenquent payments Bank over drafts and much more that I am not recieving since I transfered to prison. This people were given my Jail Address and #2219428 wich the Jail does not forward mail. see: Jail Request My credit is shot. 50,000 Dallars or so In Debt.

2. loss of canteen & phone cards lost that were purchased from Jail canteen. 90.$ or so

It took until Feb 7-07 to find out what happend.

see; EXHibits (A)

(B)

(C)

attached to claim

punative should also be awarded

compensatory

mental and emotional Family and myself

credit Ruined,

Investigators gonna cost me at least 45 to 50 hr Just to Locate witness info, Addresses, Numbers and Re-enter view.

Legal Research and an Experienced Litigator has to be paid - county Jail prisoners legal cannot Research - prisoners and all my Info needed in defense lost,

(b) Inmate mail may be rejected by an institution head or designee for reasons, which include, but are not limited to, the mail relates the direction of an inmate's business or profession. This does not, however, prohibit mail necessary to enable an inmate to protect property and funds that were legitimately the inmate's at the time of commitment.

NOTE: Authority cited: section 5058, Penal Code. Reference: Sections 2600 and 5054, Penal Code; *Turner* v. *Safley* 482 US 78 (1987).

HISTORY:

1. New section filed 1-3-95 as an emergency; operative 1-3-95 (Register 95, No. 1). A Certificate of Compliance must be transmitted to OAL 6-12-95 or emergency language will be repealed by operation of law on the following day.
2. Repealed by operation of Government Code section 11346.1(g) (Register 95, No. 30).
3. New section filed 7-25-95 as an emergency; operative 7-25-95 (Register 95, No. 30). A Certificate of Compliance must be transmitted to OAL by 11-22-95 or emergency language will be repealed by operation of law on the following day.
4. Certificate of Compliance as to 7-25-95 order including amendment of section transmitted to OAL 11-17-95 and filed 1-3-96 (Register 96, No. 1).

## Article 1.5. DNA and Forensic Identification

### 3025. Department of Justice DNA and Forensic Identification Database and Data Bank Program.

(a) All inmates and parolees, including juveniles, committed to the custody of the department after having been convicted of, found guilty of, having pled guilty or no contest to, or having been found not guilty by reason of insanity for, any offense listed in Penal Code (PC) section 296(a), or whose records indicate a prior conviction for such an offense, shall provide all of the following required specimens, to be forwarded to the Department of Justice (DOJ) as soon as administratively practicable:

(1) Buccal Swab Samples.

(2) Right Thumbprint Impressions.

(3) Full Right and Left Palm Print Impressions.

(4) Writer's Palm Print Impression.

(5) Any Blood Specimens or other Biological Samples required.

(b) The listed specimens shall be provided under the following circumstances, unless the inmate's central file or other records indicate that all required specimens have already been obtained:

(1) Whether or not the offense predated the enactment of the DNA and Forensic Identification Database and Data Bank Act of 1998, or any amendments to it; including the DNA, Fingerprint, Unresolved Crime and Innocence Protection Act.

(2) Whether or not the court advised the convicted person of this requirement;

(3) If the inmate or parolee was convicted of a state or federal offense in another state which would constitute an offense as listed in PC section 296(a);

(4) If notification is received from the DOJ that an inmate's or parolee's specimens already taken for any purpose are not usable for any reason.

(c) DOJ DNA laboratory may obtain blood specimens from qualifying persons as defined in PC section 296(a) when it is determined that such specimens are necessary in a particular case or would aid the DOJ in obtaining an accurate forensic DNA profile for identification purposes. Cases requiring blood specimens include, but are not limited to, buccal swab samples that cannot be properly identified or analyzed by DOJ, or if the inmate refuses to submit to DNA buccal swab collection, and/or print impressions.

(d) Newly committed inmates and persons returned to custody based upon a violation of parole, furlough or any other type of release, who meet the criteria established in PC section 296(a), shall, provide the required specimens, samples and print impressions during the reception center process or reasonably promptly after their transfer to an institution/facility.

(e) Parolees identified as meeting the criteria established in PC section 269(a) for present and past qualifying offenses, shall provide the required specimens, samples and print impressions within five days of notification by the court, or by parole unit staff at a collection location designated in accordance with PC section 296.1(a)(3)(B).

(f) Only medical staff trained and certified to do so shall draw blood for collection of specimens; in accordance with standard medical practices. The specimens, samples, and print impressions collected pursuant to Penal Code, Part 1, Title 9, Chapter 6, Articles 1 through 7 (sections 295 et seq.), shall be forwarded promptly to the DOJ. The collection kit, including all blood specimen vials, buccal swab collectors, mailing tubes, labels and instructions for the collection shall be provided by the DOJ. A right thumbprint, a full palm print impression of each hand, and the writers palm print impression shall be taken on forms prescribed by the DOJ. The palm print forms shall be forwarded to and maintained by the Bureau of Criminal Identification and Information of the DOJ. If a blood specimen is necessary pursuant to subsection (c), right thumbprints shall be taken at the time of the collection of samples and specimens and shall be placed on the samples and specimen containers and forms as directed by DOJ. The samples, specimens and forms shall be forwarded to and maintained by the DNA Laboratory of the DOJ.

(g) Only trained, designated medical, custody, parole staff and/or local law enforcement shall handle forms or specimens after their collection.

(h) If a person has been convicted of a state or federal offense which would constitute an offense as listed in PC section 296(a) and is transferred or paroled from another state into California, an agreement to provide these specimens shall be made a condition of acceptance for supervision in this state.

(i) Any inmate or parolee who refuses to provide any or all of the following; blood specimens, buccal swab samples, or thumb or palm print impressions as required by Penal Code, Part 1, Title 9, Chapter 6, Articles 1 through 7 (sections 295 et seq.), after he or she has received written notice that he or she is required to provide specimens, samples, and print impressions is guilty of a misdemeanor. An inmate who refuses shall also be subject to progressive discipline pursuant to California Code of Regulations, Title 15, Division 3, Chapter 1, Subchapter 4, Article 5 (section 3310 et seq.).

(j) The use of reasonable force, as defined in section 3268(a)(1), shall not be authorized without the prior written authorization at the level of Facility/Correctional Captain or higher, or the administrative officer on duty. The authorization shall include information that reflects the fact that the offender was asked to provide the requisite specimen, sample, or impressions as required by law, and that he or she refused to do so.

(k) The use of reasonable force, as defined in section 3268(a)(1), shall be preceded by efforts to secure voluntary compliance.

(*l*) If the use of reasonable force to obtain DNA includes a cell extraction, the extraction shall be videotaped. The videotaping shall depict all correctional personnel directly involved and the advisement to the inmate that the requisite specimen, sample or impressions is required. All incidents that required the use of reasonable force to obtain DNA samples shall be tracked and maintained by the institutional DNA coordinator and forwarded to the assistant director, Law Enforcement Investigative Unit (LEIU).

(m) Any person described in section 3025(a), pursuant to PC section 298.2, who engages or attempts to engage in any of the following acts is guilty of a felony:

1. Letter from brother tring to get phone [illegible] for me because [illegible] in property lost. Date April 20-2007 - the phone company couldn't give [illegible]

2. June [illegible] 2007 address sent to me so I could contact phone company - my business account [illegible] was listed under SBC now At&t.

3. phone company notice At&t June 8, 2007

4. Father sent notice Sept 9 2006 - [illegible] Bank All - wells for go - Also stating Bad [illegible] [illegible] I could not pay my bills - my father paid 2,500 (d) the hardship placed on him

EXHIBIT (A)

4,046.73 $

Because of Jails Neglegence

my phone Bills, reply to

notices caused adverse affect

1. phone Bill not paid

2. no reply to noticos sent to me could not reply - all addresses, noticos Lost.

Etc.

Mr. Jeff Walker
F-11343
CMF
P.O. BOX 2000
Vacaville Ca. 95696-2000

April 20, 2007

Hello Jeff,

How are you? Where did you get 1123 Mattos Ave from? That is not my address; anyway just reference the correct address on the envelope. Jeff, enclosed will be the letter you wrote with the addresses you wanted inside. I called the phone company and they said they could not give me the information you wanted in the letter you wrote last time. Good -luck with this case bro.

There is not too much going on as myself and Sally are just working hard. I gave mamma some pictures to copy so she can send them to you, just ask her if you don't see anything soon. So what's going on ? Angel is getting big as she comes over almost everyday for dinner or to use the computer.

Jeff, Vacaville is not far maybe I can see if I can visit when I get some free time. It would be on a Saturday. So how long will it take to retry the case? Have you written to Tim? Mom had surgery on her and and is recovering now. The hand is fine.

Jeff, I will go now but let me know what is going on. Ok, love you Bro.

Sincerely,

Tony

June 14, 2007

Hello Mr. Jeff Walker,

Sorry for this belated letter as I have been very busy and went to Laughlin Nevada and Arizona for vacation. As a matter of fact little Jeff visited that same week, so I got to see him which was nice. Angel took care of my 2 dogs with mom's help, one (1) Chihuahua and the other a German Shepard Mix. She also had to take care of the three cats so Sally paid her for that.

Jeff, your friend Dwayne stopped by and said you can have a Job when you are available. He is into security and dubbing movies etc. Don't give me any more people to call as no one is around any more i.e. Art's Crab Shack, those girls in the city, crazy horse and the Cinema. I did not tell you but I knew a few girl's that worked there and they sold you Know! So there is no Misty or Calipso there anymore. Anyway SBC is now AT@T so good luck. See the contact information below:

| | |
|---|---|
| AT&T Mailing Addresses | AT&T California Payment Center<br>Sacramento, CA 95887-0001<br><br>Directory White Pages - Customer Guide Manager<br>2600 Camino Ramon, Room 2W000EE<br>San Ramon, CA 94583 |
| Press Contact | John Britton<br>Phone: (415) 778-1350<br>Fax: (415) 543-0976 |
| Customer Service | Hours of Operation are weekdays from 8 am to 5 pm.<br><br>Within US/Canada: 1-800-750-2355<br>Outside US/Canada Call collect: 408-339-5685 |

Good news as they cought that punk that did you know what to lavonna and they just transferred his ass from a place not too far from you to the San Jose main jail. I will go into more detail later as I will be in court to stare his ass down. I can't wait to finally get some closoure. You know what I want to do, but I can't say it in this letter.

Anyway I was just offered another job and accepted it as it is very promising, wish me luck

So now I can finally pay my bills and buy a house. Sally is in the final stages of the police dispatch 911 program. They are doing her background as we speak. Yes that's right she has to wear a badge and a San Jose PD uniform if she get's it. I hope she does as she has been at Comcast for over 10YRS in various positions, now dispatch and want's a change. Anyway bro I am at work and have to go. Talk to you later.

Love Ya.

You're brother Tony.

Fatter notice.

Because of Jail neglegance

my Accounts were affected,

Jeffery Walker
F11343
SAN QUENTIN, CA. 94974
Sept. 9, 2006

Dear Jeff,
We all got your letters, your mom, the kid and me. Everyone is doing fair, your Mon is having problems from the fall she suffered from a year ago. She is in a lot of pain and need to get therapy, however she will not let you know it.

Tony is doing ok he is living down on the corner house, renting it from one of his school mates, His parents left it to him. His address is 1123 mattos ave San Jose ca. 95132 Orlando is living there with, Sally got him a job at the cable co installing cable in homes, and they gave him a truck and all. He bought a car from the kid down the street he grew up with for $500.00 it's a nice car, He seems to be doing ok now. Javonna is still looking for a permanent job, and his girl friend is pregnant. He is living some of her folks over in the valley.

Tim is doing so he was having some problems, but I think he got them all worked with the doctors. He seems to be doing ok for now. He is also complaining about the phone not accepting collect calls. I took the block off, but there is a new thing in place, everyone in jail goes through an 888 service and they send you a bill. I didn't pay them from Tim calls, because he ran up a$300, 00 bills now they won't let anyone call.
Timphony Walker
Id#1577659
Housing Location EBO1 VIVAR
PATTON STATE HOSPITAL
3102 EAST HIGHLAND AVENUE
PATTON CA.92369

Nikisha is in and out of re hap Jail, she is schedule to be out again in a few days, don't know any more than that.
Billie is moving to southern Calf with his parents, that all I know. Capallonie is working and staying out of jail, that all I know.

Hey as far as your Bank Acc, I have no knowledge of it I was getting money out for you, and next thing I know the Bank is sending stuff saying your account is closed and you owe them some money. Don't know what happen or who took all the money, but it is long gone, if you want to make sure you have some money left you better let bank that settlement money and save it.

Defense Attorney
Robert Amparan

Jeff I don't have much time but I wanted to get this in the mail. Have you been getting the stuff I send in the mail? Your attorney called me about your funds and he said he would contact you to verify what you wanted to do with the funds. Theer Bad boys Bail bond people have been giving me a hard time. You know that other bail you had with aladdin Bail Bonds. Well they put a lean on our house and I had to pay them $2,500 to get it off. I know you are in there and cant do anything now. I just wanted to let you know about it. My retirement funds have been cut a lot due the market so I am having a rough time just getting along. Angel is getting Braces for her teeth. The Insurance doesn't pay so we are stuck with paying that. Well that is enough Bad news every is fine otherwise School started back and I am still doing the crossing job for the school & P. Dept. All for now take care everyone send there love & hope you the best.

You Dad

Ben Walker

17 copies of Legal Notifications

As evidence For Documents sent

In on Emergency Appeal Filed.

These are examples of Mail sent with

Legal notifications.

This is Also noted mr. wonderFul entertainment

In my case, Business cards, Flyers, Etc used

as exhibits

EXHIBIT (A)

CITY OF SAN JOSE
CAPITAL OF SILICON VALLEY

Revenue Management
Finance
200 East Santa Clara Street
San José, CA 95113-1905
408 535-7055

# BUSINESS TAX

## RENEWAL NOTICE

KEEP THIS PORTION FOR YOUR RECORDS

**Mailing Date: 3/9/06**

| Account No. | District |
|---|---|
| 084586 | 02 |

ACE'S FLORIST/ACE PRODUCTION
WALKER, JEFFERY
3264 MATTOS AVE
SAN JOSE, CA 95132-3614

| [illegible] | 22 S WHITE RD D, SAN JOSE, CA 95127-2944 |
|---|---|

| [illegible] | SIC Code | [illegible] | Number of Units | Square Footage | Balance [illegible] | TAX | Penalty Interest | [illegible] |
|---|---|---|---|---|---|---|---|---|
| BUSINESS TAX | 5992 | 8 | 0 | 0 | 1,144.03 | 150.00 | | 1,294.03 |

**TOTAL DUE →** $1,294.03

**INSTRUCTIONS:**

- Verify and correct all information on bottom return portion of this notice, including total due.
- If business address is not in San José, see section B on reverse side of this notice.
- If no longer in business, complete Section C on reverse side of this notice.
- See reverse side of this notice for Business Tax fee schedule.
- See reverse side of this notice for BID information.

PAYMENT MUST BE POSTMARKED BY 4/3/2006 OR PENALTY/INTEREST WILL BE ADDED

FOR PROPER CREDIT, RETURN THE LOWER PORTION WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.

---

**MAKE CORRECTIONS WHERE NEEDED. (PRINT ANY CHANGE OF ADDRESS ON REVERSE).**

ACE'S FLORIST/ACE PRODUCTION
WALKER, JEFFERY
22 S WHITE RD D, SAN JOSE, CA 95127-2944
3264 MATTOS AVE
SAN JOSE, CA 95132-3614
408-835-3910

| [illegible] | SIC Code | Employees [illegible] | Number of Units | Square Footage | Amount Due |
|---|---|---|---|---|---|
| BT | 5992 | 8 | 0 | 0 | 1,294.03 |

**TOTAL DUE →** $1,294.03

| Account No. | District | Mailing Date | Amount Paid |
|---|---|---|---|
| 084586 | 02 | 3/9/06 | |

To pay by credit card: ☐ Master Card ☐ Visa ☐ Discover

Card #

Expiration Date:

Cardholder Name:

Signature: Date:

ALL INFORMATION MUST BE CLEAR AND COMPLETE OR PAYMENT WILL BE INVALID

**CITY OF SAN JOSÉ**
BUSINESS TAX
PO BOX 45710
SAN FRANCISCO, CA 94145-0710

Make check payable to the City of San José, and write account number on check.

If you have multiple branch locations, please verify information on supplemental page and return with payment. ARR3-B09423

DE 2176 EMPLOYER ACCOUNT STATEMENT

SEND STATEMENT INQUIRIES TO:
EMPLOYMENT DEVELOPMENT DEPARTMENT
P.O. BOX 826805 MIC 785-CS
SACRAMENTO, CA 94205-0001

OR CALL: (866) 564-4228

2498668942060505000000000000

| DEPARTMENT USE ONLY | TOTAL AMOUNT DUE (PAY THIS AMOUNT) |
|---|---|
| | FILE FORMS |

| ACCOUNT NUMBER | STATEMENT DATE | CLOSING DATE |
|---|---|---|
| 249-8668-9 | 05/05/06 | 04/21/06 |

JEFFERY WALKER
MR. WONDERFUL ENTERTAINMENT
3264 MATTOS AVE
SAN JOSE CA 95132-3614

EMPLOYMENT DEVELOPMENT DEPT.
PO BOX 826805
SACRAMENTO CA 94205-0001

0624

Detach and Return This Portion With Payment
Make Remittances Payable to EDD and Send to the Above Address:
Include Account Number on All Checks and Inquiries

DE 2176 Rev. 4 (8-98) 21760898

TEAR ON PERFORATED LINE

KEEP THIS PORTION FOR YOUR RECORDS

PAGE 1 Account Number 249-8668-9 Statement Date 05/05/06
Closing Date 04/21/06

# NOTICE(S) OF FORM DELINQUENCY

WE HAVE NO RECORD OF RECEIVING AN ANNUAL RECONCILIATION STATEMENT FOR THE TAX YEAR(S) SHOWN. A PENALTY OF UP TO $1,000.00 WILL BE CHARGED UNLESS THE FORM IS RECEIVED POSTMARKED WITHIN 30 DAYS FROM THE DATE OF THIS NOTICE. PLEASE SEND YOUR COMPLETED ANNUAL RECONCILIATION STATEMENT, OR A COPY AND EXPLANATION IF YOU HAVE ALREADY SENT ONE, TO THE INQUIRY ADDRESS ON THIS NOTICE. IF YOU NEED AN ANNUAL RECONCILIATION STATEMENT, PLEASE CONTACT EDD AT 1-888-745-3886, OR YOU MAY DOWNLOAD THE STATEMENT FROM THE EDD WEB SITE: WWW.EDD.CA.GOV.

TAX YEAR 2005 DUE DATE: 01/31/06 USE FORM: DE7

OUR RECORDS SHOW YOU HAVE NOT FILED A QUARTERLY WAGE REPORT (DE6) FOR THE QUARTER(S) SHOWN. THIS NOTICE CONSTITUTES A DEMAND FOR YOUR QUARTERLY WAGE REPORT. PURSUANT TO SECTION 1114 CUIC, A PENALTY OF $10.00 FOR EACH UNREPORTED EMPLOYEE IS DUE 15 DAYS AFTER THE ORIGINAL DEMAND DATE. IF YOU PREVIOUSLY FILED YOUR QUARTERLY WAGE REPORT, PLEASE SEND A COPY AND AN EXPLANATION TO THE INQUIRY ADDRESS ON THIS STATEMENT.

QUARTER ENDED: 06/30/05 ORIGINAL DEMAND DATE: 11/04/05
QUARTER ENDED: 09/30/05 ORIGINAL DEMAND DATE: 02/03/06
QUARTER ENDED: 12/31/05 ORIGINAL DEMAND DATE: 05/05/06

FOR ADDITIONAL INFORMATION ABOUT THIS STATEMENT - SEE REVERSE



PAYMENT ID OK G8833MS7

Law Enforcement Systems, Inc. P.O. Box 1348 Long Island City, New York 11101 866-534-3169

August 8, 2006

WALKER,JEFFERY EUGENE
3264 MATTOS AVE
SAN JOSE CA 95132

Re: Unpaid Parking Citations

CID: 0K6LVV4 CA

Total Due: $778.00 If Paid By: 9/07/06

## Notice of Assignment to a Collection Agency

Law Enforcement Systems, Inc. (LES), a licensed debt collection agency, has been retained by The City of Oakland, CA to collect delinquent unpaid parking citations.

According to City records, the citation(s) listed below have been issued to a vehicle registered to you. You have failed to respond to a notice sent by the City and have failed to request a hearing within the time frame [illegible] by municipal code. These citations are unpaid and seriously delinquent.

[illegible] to respond to this notice or pay the total due within thirty (30) days will result in [illegible] as allowed by law:

- Further collection efforts
- Denying the renewal of your vehicle registration
- Entering a Civil Judgment and executing against your non-exempt assets
- Forwarding your account to the State Franchise Tax Board for tax offset

[illegible] to avoid any additional collection efforts, payment in full must be made by check or money order [illegible] to the return date listed above (DO NOT MAIL CASH). While personal checks will be accepted, if [illegible] a bad check in payment of these fines, you will be liable for an administrative fee of $[illegible] for [illegible] check returned. You may also use Visa or MasterCard to pay online at www.e-munipay.com

Please make your check or money order payable to:
"LES - City of Oakland"
Use the enclosed, pre-addressed envelope to mail your payment.

If you have any questions, please call Law Enforcement Systems, Inc. at (866) 534-3169 Monday through Friday between 9:00 a.m. to 5:00 p.m. eastern standard time.

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

***** SEE REVERSE SIDE FOR IMPORTANT INFORMATION *****

| Citation Number | Issue Date | Violation Description | Location | Original Fine | Penalty | Prior Pay (Late) | Amount Due |
|---|---|---|---|---|---|---|---|
| The following tickets were issued to Plate: 3UMD182 | | | | | | | |
| 00124602511 | 8/03/00 | NO PARKING CERTAIN HOURS | 1630 SAN PABLO AV | 32.00 | 51.00 | .00 | 83.00 |
| 00110107135 | 8/05/00 | METER VIOLATION - EXPIRED | WEBSTER ST | 25.00 | 41.00 | .00 | 66.00 |
| 00110310879 | 8/25/00 | TWO HOUR ZONE | 7100 BLK SAN LEAND | 25.00 | 41.00 | .00 | 66.00 |
| The following tickets were issued to Plate: 4RJP323 | | | | | | | |
| 00807546938 | 7/13/01 | METER VIOLATION - EXPIRED | 2041 WEBSTER | 25.00 | 41.00 | .00 | 66.00 |
| 00807601443 | 7/23/01 | NO PARKING - YELLOW ZONE | 576 GRAND AVE. | 32.00 | 51.00 | .00 | 83.00 |
| 00141802634 | 7/24/01 | NO PARKING CERTAIN HOURS | 556 WEST GRAND AV | 32.00 | 51.00 | .00 | 83.00 |
| 00142405401 | 7/25/01 | NO PARKING CERTAIN HOURS | 556 WEST GRAND AV | 32.00 | 51.00 | .00 | 83.00 |
| The following tickets were issued to Plate: 4FQX651 | | | | | | | |
| 00814897578 | 3/01/03 | METER VIOLATION - EXPIRED | 2041 WEBSTER ST | 25.00 | 41.00 | .00 | 66.00 |
| The following tickets were issued to Plate: 5FXV989 | | | | | | | |
| 00151006193 | 5/18/04 | METER VIOLATION - EXPIRED | 14TH ST | 35.00 | 56.00 | .00 | 91.00 |
| The following tickets were issued to Plate: 5GSH799 | | | | | | | |
| 00151110380 | 8/16/04 | METER VIOLATION - EXPIRED | 9TH ST | 35.00 | 56.00 | .00 | 91.00 |

West

PO Box 723367
Atlanta GA 31139-0367
ADDRESS SERVICE REQUESTED

West Asset Management
866-810-2634

July 14, 2006

West Asset Management, Inc.
PO Box 723367
Atlanta GA 31139-0367

#BWNHRMD 229298 22154
#0714 1737 0022 1544# 475220-731

Jeffery E Walker
3264 Mattos Ave
San Jose CA 95132-3614

Creditor: Wells Fargo-Consumer Checking Overdraft
Reference #: 01140000130246097
Account #: 475220
Amount Due: $810.80

Dear Jeffery E Walker:

Wells Fargo-Consumer Checking Overdraft has forwarded your account to West Asset Management, Inc. for collection. Payment is expected.

***** SPECIAL 60% SETTLEMENT OFFER *****

While Wells Fargo-Consumer Checking Overdraft has confirmed that the above balance of $810.80 is due, they have authorized us to accept a 60% settlement of that amount. To be eligible for this offer, you must contact West Asset Management, Inc. at 866-810-2634.

For further information, write or call us at 866-810-2634.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,
West Asset Management, Inc.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.
IONWEST12731

If you wish to pay by VISA or MasterCard, fill in the information below and return the entire letter to us.

| Account Number | Payment Amount | Expiration Date |
| --- | --- | --- |
| | | | | | | | | | | | | | | | | | | | $ | ___/___ |

Card Holder Name (Please Print) ____ Signature of Card Holder ____ Date ____

Card Holder Address (Please Print) ____ Card Holder Telephone Number ____

west

PO Box 723367
Atlanta GA 31139-0367
ADDRESS SERVICE REQUESTED

West Asset Management
866-810-2634

July 14, 2006

West Asset Management, Inc.
PO Box 723367
Atlanta GA 31139-0367

#BWNHRMD 229298 22154
#0714 1737 0022 1544# 475220-731

Jeffery E Walker
3264 Mattos Ave
San Jose CA 95132-3614

Creditor: Wells Fargo-Consumer Checking Overdraft
Reference #: 011400001302466097
Account #: 475220
Amount Due: $810.80

Dear Jeffery E Walker:

Wells Fargo-Consumer Checking Overdraft has forwarded your account to West Asset Management, Inc. for collection. Payment is expected.

***** SPECIAL 60% SETTLEMENT OFFER *****

While Wells Fargo-Consumer Checking Overdraft has confirmed that the above balance of $810.80 is due, they have authorized us to accept a 60% settlement of that amount. To be eligible for this offer, you must contact West Asset Management, Inc. at 866-810-2634.

For further information, write or call us at 866-810-2634.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,
West Asset Management, Inc.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.
IONWEST12731

If you wish to pay by VISA or MasterCard, fill in the information below and return the entire letter to us.

| Account Number | Payment Amount | Expiration Date |
|---|---|---|
| | $ | / |

Card Holder Name (Please Print) Signature of Card Holder Date

Card Holder Address (Please Print) Card Holder Telephone Number

IRS Department of the Treasury
Internal Revenue Service
P.O. BOX 219426
Kansas City MO 64121-9426

JEFFERY WALKER
3264 MATTOS AVE
SAN JOSE CA 95132-3614646

STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
P.O. BOX 826880, MIC 28, SACRAMENTO, CA 94280-0001

08/16/06

TELEPHONE: (916) 654-8706

ACCOUNT NUMBER: 249-8668-9

JEFFERY WALKER
MR. WONDERFUL ENTERTAINMENT
3264 MATTOS AVE
SAN JOSE CA 95132-3614

Dear Employer:

Your employer account has been inactivated because your wage report did not exceed $100. Per Section 675 of the California Unemployment Insurance Code, "employer" means any employing entity unit which has one or more employees and pays wages in excess of $100 during any calendar quarter.

Please notify us if you have one or more employees within the next three years and pay wages in excess of $100 in a calendar quarter. Your account number will be reinstated.

If you have any questions, please contact our Taxpayer Assistance Center, toll free at 1-888-745-3886.

Manager, Taxpayer Assistance Center →

286 N capitol ave

SJ CA. 95127

R. Hampton

DE 4107B Rev. 32 (3-05)

Wells Fargo-Consumer Checking Overdraft has forwarded your account to West Asset Management, Inc. for collection. Payment is expected.

***** SPECIAL 60% SETTLEMENT OFFER *****

While Wells Fargo-Consumer Checking Overdraft has confirmed that the above balance of $810.80 is due, they have authorized us to accept a 60% settlement of that amount. To be eligible for this offer, you must contact West Asset Management, Inc. at 866-810-2634.

For further information, write or call us at 866-810-2634.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,
West Asset Management, Inc.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.
IONWEST12731

If you wish to pay by VISA or MasterCard, fill in the information below and return the entire letter to us.

| Account Number | Payment Amount | Expiration Date |
| --- | --- | --- |
| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| | $ | ____/____ |

Card Holder Name (Please Print) Signature of Card Holder Date

Card Holder Address (Please Print) Card Holder Telephone Number

**Asset Acceptance LLC**

Toll Free 800-525-8022 Ext. 4489
LOCAL: 210-979-3600

LOCAL OFFICE: SAN ANTONIO, TX

July 20, 2006

RE : SPRINT

CLIENT ACCT # : 0061325341
ASSET ACCEPTANCE LLC ACCT # : 24668809

BALANCE DUE : $419.82

Dear JEFFERY WALKER:

This is to inform you that we have reported your delinquent account to the appropriate credit reporting agencies. This may cause you difficulty obtaining credit while this account remains unpaid. By paying this account, we will send you a paid account letter and request that this account be reported as paid to the appropriate credit reporting agencies.

We strongly advise that you clear this matter up as soon as possible.

Please contact this office to make arrangements to pay the delinquent balance on your account or set up a payment plan.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

COLLEEN PARKS-Phone: Toll Free 800-525-8022 Ext. 4489
Debt Collector
ASSET ACCEPTANCE LLC

Please See the Attachment for Language Required by FTC Consent Decree.

Detach Lower Portion and Return with Payment.

P.O. BOX 2039
WARREN, MI 48090-2039

Address Service Requested

ACCOUNT NUMBER: 24668809
BALANCE DUE: $419.82

24668809-9005-CEE6

#BWNHKKF
#0000000246688097#
JEFFERY WALKER
3264 Mattos Ave
SAN JOSE CA 95132-3614

ASSET ACCEPTANCE LLC
P.O. BOX 2036
WARREN, MI 48090-2036

```
CLNT: IMM303      BAY AREA RAD, A MED GRP INC  SAINT FRANCIS MEMORIAL HOSP
NAME: WALKER SR, JEFFREY E  CMF               PH#                PPL#
ASGN: 07-20-04   LST CHG: 03-17-04   LST PY:                     PKT#
ADDR: PO BOX 2000 VACAVILLE CA 95696
EMPL: ACE PRODUCTION ENT
==============================IMMIX DETAIL==================================
CLI: BAY AREA RAD, A MED GRP INC     INS: PRIVATE PAY
     SAINT FRANCIS MEMORIAL HOSP          PRIVATE PAY PRIVATE PAY
     PO BOX 6102                          NOVATO
     NOVATO, CA 94948                DOB: 09/18/63

 1 03/17/04-03/17/04 DIAG:786.52;         CHEST 2V                          42.00
      DR. FRANK L MAINZER MD                          CPT: 71020 MOD:       POS: E
      LSTPAY:                  0 LST BILL:07/01/04
 2 03/17/04-03/17/04 DIAG: 784.0;         CT ORBIT W/O CO                  292.00
      DR. FRANK L MAINZER MD                          CPT: 70480 MOD:       POS: E
      LSTPAY:                  0 LST BILL:07/01/04
 3 03/17/04-03/17/04 DIAG: 784.0;         CT/MRI MULITIPLANAR RECON        204.00
      DR. FRANK L MAINZER MD                          CPT: 76375 MOD:       POS: E
      LSTPAY:                  0 LST BILL:07/01/04

1 - 3  (538.00) (##,/,Q) [__________]
```

6

# BAD BOYS BAIL BONDS CUSTOMERS

**Payment Department** **(408)501-7898 / 1-866-366-4729**

**We are proud to announce we now have six (6) ways for you to pay on your account.**

1. **Direct Check** – Phone Pay Service. Use your checking account check for payment without sending in your check or paying for postage. Just call our office at the number listed above and have your checkbook handy.

2. **Western Union Quick Collect** – Take your payment to any Western Union office and use our code city (BADBOYS) and code state (CA) to have your check printed up in our office. Please be sure to have your account number for reference.

3. **Credit Cards** – We proudly accept: Visa , Master Card , Discover , and American Express.

4. **ATM Debit Card** – Just call our office to use your debit card and be prepared to give your pin number.

5. **Mail** – You can mail your payment to us in the self-addressed envelope that is always provided for your scheduled payment, or you can send it to the address listed at the top of the notice received.

6. **Walk-In** – You may also walk in the payment to the bail office nearest you. The following offices are open 24 hours, 7 days a week. For Northern California we have 1098 N First St in San Jose and 478 7th St in Oakland. And In Southern California - 412 Bauchet St in Los Angeles.

Please Note:

Be certain to reference the bond number on your payments. Timely payments alleviate the possibility of late fee charges.

On all returned checks: Under the California Civil Code Section 1719, it states that you must pay the full amount of the check(s) plus our bank fees of $35.00. You could also be responsible to pay damages of at least $100.00 or, if higher, three times the amount of the check up to $1,500.00.

478 7th

1. oakland #
2. ST #
3. zip codes

975-
510-663-1005
298-3333

Gloria

IRS Department of the Treasury
Internal Revenue Service
P.O. BOX 219426
Kansas City MO 64121-9426

In reply refer to: 2382225976
Sep. 08, 2006 LTR 3998C 0
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 200312 30 000
05169
BODC: SB

JEFFERY WALKER
3264 MATTOS AVE
SAN JOSE CA 95132-3614646

Tax Form: 1040
Tax Period: Dec. 31, 2003
Questions about this letter?
Call IRS at: 1-866-805-0024

WE ASSIGNED YOUR OVERDUE TAX ACCOUNT
TO A PRIVATE COLLECTION AGENCY

Dear Taxpayer:

Why We Are Sending You This Letter

We are sending you this letter to let you know we have assigned your overdue tax account to a private collection agency.

Current laws allow us to contract with qualified private collection agencies to assist in collecting overdue Federal taxes. We have assigned your account to the following agency:

The CBE Group, Inc.
P.O. BOX 1800
Waterloo IA 50704-1800
1-877-272-9923

What Happens Now That Your Account Is Assigned to a Private Collection Agency

Now that your account is assigned to a private collection agency, the agency works personally with you to resolve your overdue account. The agency will explain payment options to help you find one that is best for you. It also will provide you with steps to take if you cannot make any type of payment.

The private collection agency also must meet an obligation to maintain the security and privacy of your tax information as part of its contract with the IRS.

If you face economic harm or significant cost, you can seek assistance from the Taxpayer Advocate Service, an independent organization within the IRS.

Collection Agency Division
6330 Gulfton, Houston, Tx. 77081

THE SUPERIOR COURT OF CALIFORNIA,
COUNTY OF LOS ANGELES
WEST COVINA COURTHOUSE

PO BOX 7835
BALDWIN PARK CA 91706
RETURN SERVICE REQUESTED
MAY 01, 2006

# BALANCE DUE STATEMENT

BALANCE DUE
* $614.00

ACCOUNT NUMBER
1992843

USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

0626203003003633-0416-13
JEFFEREY E WALKER SR

3264 MATTOS AVE
SAN JOSE CA 95132-3614

ORG BAL: $614.00

CAC1176211
PO BOX 7835
BALDWIN PARK CA 91706
1-800-352-3778 (English)
1-800-511-0734 (Espanol)
Hours PST: M-Th 8am-9pm, FRI 8am-7pm, SAT 8am-12pm and SUN 11am-7pm

**PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT.**

* MAY INCLUDE MULTIPLE CITATIONS. PUEDE INCLUIR MAS DE UN CITATORIO.

Your failure to respond to previous notifications may result in the Los Angeles Superior Court obtaining a civil money judgment against you.

The State of California's Department of Motor Vehicles is assisting us in locating you.

You should take this opportunity to contact us immediately at 1-800-352-3778 or 1-800-511-0734 (Espanol). By contacting us at this time to resolve your unpaid bail, you will avoid further methods of collection which may include pursuing a civil money judgment resulting in:

* GARNISHING YOUR WAGES OR OTHER SOURCES OF INCOME
* ATTACHING YOUR BANK ACCOUNT
* FILING A LIEN WHICH WILL ATTACH TO ALL REAL PROPERTY YOU NOW OWN OR LATER ACQUIRE IN CALIFORNIA
* ALL OTHER LAWFUL PROCESSES

Send us your payment in full to:

GC SERVICES
PO BOX 7835
BALDWIN PARK, CA 91706

Please include this letter to ensure proper credit to your account. Please call the 800# for payment and/or court appearance options, if applicable.

AN ADDITIONAL $25.00 WILL BE CHARGED IF YOUR CHECK IS RETURNED UNPAID BY THE BANK. LACD

TDD 800-431-7174

Sírvase ver al dorso la traducción al español.

GC Services Limited Partnership
Collection Agency Division
6330 Gulfton, Houston, Tx. 77081

PO BOX 7835
BALDWIN PARK CA 91706
RETURN SERVICE REQUESTED
MAY 01, 2006

# BALANCE DUE STATEMENT

YOU OWE
THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES
WEST COVINA COURTHOUSE

BALANCE DUE
* $614.00

ACCOUNT NUMBER
1992843

USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

0626203003003633-0416-13
JEFFEREY E WALKER SR

3264 MATTOS AVE
SAN JOSE CA 95132-3614

CAC1176211
PO BOX 7835
BALDWIN PARK CA 91706
1-800-352-3778 (English)
1-800-511-0734 (Espanol)

Hours PST: M-Th 8am-9pm, FRI 8am-7pm,
SAT 8am-12pm and SUN 11am-7pm

ORG BAL: $614.00

PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT.

* MAY INCLUDE MULTIPLE CITATIONS. PUEDE INCLUIR MAS DE UN CITATORIO.

Your failure to respond to previous notifications may result in the Los Angeles Superior Court obtaining a civil money judgment against you.

The State of California's Department of Motor Vehicles is assisting us in locating you.

You should take this opportunity to contact us immediately at 1-800-352-3778 or 1-800-511-0734 (Espanol). By contacting us at this time to resolve your unpaid bail, you will avoid further methods of collection which may include pursuing a civil money judgment resulting in:

* GARNISHING YOUR WAGES OR OTHER SOURCES OF INCOME
* ATTACHING YOUR BANK ACCOUNT
* FILING A LIEN WHICH WILL ATTACH TO ALL REAL PROPERTY YOU NOW OWN OR LATER ACQUIRE IN CALIFORNIA
* ALL OTHER LAWFUL PROCESSES

Send us your payment in full to:

GC SERVICES
PO BOX 7835
BALDWIN PARK, CA 91706

Please include this letter to ensure proper credit to your account. Please call the 800# for payment and/or court appearance options, if applicable.

AN ADDITIONAL $25.00 WILL BE CHARGED IF YOUR CHECK IS RETURNED UNPAID BY THE BANK. LACD

TDD 800-431-7174

Sírvase ver al dorso la traducción al español.

BRIDGEPORT FINANCIAL, INC.
221 Main St, Suite 920
San Francisco, CA 94105
(415) 216-4695
(415) 986-7865 FAX

221 Main St, Suite 920
San Francisco, CA 94105

ADDRESS SERVICE REQUESTED

August 15, 2006

Creditor: BAY AREA RAD, A MED GRP INC
Balance Due: $ 667.26
Includes Interest: $129.26

#BWNFTZF
#BPFJ25253608111#
460404
JEFFREY E WALKER SR
3264 MATTOS AVE
SAN JOSE CA 95132-3614

## * * * SETTLEMENT OFFER ***

In the interest of settling this long past due account, we are willing to offer the following:

Should your payment, in the amount of $538.00 be received in our office by 9/14/2006, we will accept this amount as settlement in full. We will immediately upon receipt of payment, update your account as a zero balance and report the same to the credit bureau.

If you are unable to accept this offer, please call our office for other arrangements. WE WANT TO WORK WITH YOU! Thank you!

This is an attempt to collect a debt and any information obtained shall be used for that purpose.

Your account has been assigned to our office by your creditor. All contact must be made with Bridgeport Financial, Inc.

Sincerely,

Unit Manager

This communication is sent by a debt collector.

***In order to credit your account properly, **return this bottom portion with your payment*****

VISA ______ MASTERCARD ______

I authorize Bridgeport Financial, Inc. to charge $__________ to credit / bank card account # ____________________
expiration date __________. Social Security Number ____________________ Date of Birth ________________
Cardholder Name ______________________________ Cardholder Signature ______________________________
Credit cardholder's billing address ________________________________________________

August 15, 2006
Creditor: BAY AREA RAD, A MED GRP INC
Balance Due: $ 667.26
Includes Interest: $129.26
Account #: 460404
Amount Enclosed:______________

Bridgeport Financial, Inc.
221 Main St, Suite 920
San Francisco, CA 94105

JEFFREY E WALKER SR
3264 MATTOS AVE
SAN JOSE CA 95132-3614

BPFOFF-11B03653-ZBZ1-8 3653

PAYMENT ID OK 69833M97

Law Enforcement Systems, Inc. P.O. Box 1348 Long Island City, New York 11101 866-534-3169

Re: Unpaid Parking Citations

August 8, 2006

CID: OK6LVV4 CA

WALKER,JEFFERY EUGENE
3264 MATTOS AVE
SAN JOSE CA 95132

Total Due: $778.00 If Paid By: 9/07/06

## Notice of Assignment to a Collection Agency

Law Enforcement Systems, Inc. (LES), a licensed debt collection agency, has been retained by The City of Oakland, CA to collect delinquent unpaid parking citations.

[illegible]

[illegible]

- Further collection efforts
- Denying the renewal of your vehicle registration
- Entering a civil judgment and executing against your non-exempt assets
- Forwarding your account to the State Franchise Tax Board for tax offset.

[illegible]

Please make your check or money order payable to:
LES - City of Oakland
Use the enclosed pre-addressed envelope to mail your payment.

If you have any questions, please call Law Enforcement Systems, Inc. at (866) 534-3169 Monday through Friday between 9:00 a.m. to 5:00 p.m. eastern standard time.

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

***** SEE REVERSE SIDE FOR IMPORTANT INFORMATION *****

| Citation Number | Issue Date | Violation Description | Location | Original Fine | Penalty | Prior Pay (Late) | Amount Due |
|---|---|---|---|---|---|---|---|
| The following tickets were issued to Plate: 3UMD182 | | | | | | | |
| 00124602511 | 8/03/00 | NO PARKING CERTAIN HOURS | 1630 SAN PABLO AV | 32.00 | 51.00 | .00 | 83.00 |
| 00110107135 | 8/05/00 | METER VIOLATION - EXPIRED | WEBSTER ST | 25.00 | 41.00 | .00 | 66.00 |
| 00110310879 | 8/25/00 | TWO HOUR ZONE | 7100 BLK SAN LEAND | 25.00 | 41.00 | .00 | 66.00 |
| The following tickets were issued to Plate: 4RJP323 | | | | | | | |
| 00807546938 | 7/13/01 | METER VIOLATION - EXPIRED | 2041 WEBSTER | 25.00 | 41.00 | .00 | 66.00 |
| 00807601443 | 7/23/01 | NO PARKING - YELLOW ZONE | 576 GRAND AVE. | 32.00 | 51.00 | .00 | 83.00 |
| 00141802634 | 7/24/01 | NO PARKING CERTAIN HOURS | 556 WEST GRAND AV | 32.00 | 51.00 | .00 | 83.00 |
| 00142405401 | 7/25/01 | NO PARKING CERTAIN HOURS | 556 WEST GRAND AV | 32.00 | 51.00 | .00 | 83.00 |
| The following tickets were issued to Plate: 4FQX651 | | | | | | | |
| 00814897578 | 3/01/03 | METER VIOLATION - EXPIRED | 2041 WEBSTER ST | 25.00 | 41.00 | .00 | 66.00 |
| The following tickets were issued to Plate: 5FXV989 | | | | | | | |
| 00151006193 | 5/18/04 | METER VIOLATION - EXPIRED | 14TH ST | 35.00 | 56.00 | .00 | 91.00 |
| The following tickets were issued to Plate: 5GSH799 | | | | | | | |
| 00151110380 | 8/16/04 | METER VIOLATION - EXPIRED | 9TH ST | 35.00 | 56.00 | .00 | 91.00 |

BRIDGEPORT FINANCIAL, INC.
221 Main St, Suite 920
San Francisco, CA 94105
(415) 216-4695
(415) 986-7865 FAX

221 Main St, Suite 920
San Francisco, CA 94105

ADDRESS SERVICE REQUESTED

Creditor: BAY AREA RAD, A MED GRP INC
Balance Due: $ 667.26
Includes Interest: $129.26

August 15, 2006

#BWNFTZF
#BPFJ25253608111#
460404
JEFFREY E WALKER SR
3264 MATTOS AVE
SAN JOSE CA 95132-3614

*** SETTLEMENT OFFER ***

In the interest of settling this long past due account, we are willing to offer the following:

Should your payment, in the amount of $538.00 be received in our office by 9/14/2006, we will accept this amount as settlement in full. We will immediately upon receipt of payment, update your account as a zero balance and report the same to the credit bureau.

If you are unable to accept this offer, please call our office for other arrangements. WE WANT TO WORK WITH YOU! Thank you!

This is an attempt to collect a debt and any information obtained shall be used for that purpose.

Your account has been assigned to our office by your creditor. All contact must be made with Bridgeport Financial, Inc.

Sincerely,

Unit Manager

This communication is sent by a debt collector.

***In order to credit your account properly, **return this bottom portion with your payment*****

VISA ______ MASTERCARD ______

I authorize Bridgeport Financial, Inc. to charge $__________ to credit / bank card account # ____________________
expiration date __________. Social Security Number ____________________ Date of Birth ______________
Cardholder Name ____________________ Cardholder Signature ____________________
Credit cardholder's billing address ________________________________________

August 15, 2006
Creditor: BAY AREA RAD, A MED GRP INC
Balance Due: $ 667.26
Includes Interest: $129.26
Account #: 460404
Amount Enclosed:________________

Bridgeport Financial, Inc.
221 Main St, Suite 920
San Francisco, CA 94105

JEFFREY E WALKER SR
3264 MATTOS AVE
SAN JOSE CA 95132-3614

BPFOFF-11B03653-ZBZ1-8 3653

555 new

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

FILED JAN 31 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Name Walker Jeffery E
(Last) (First) (Initial)

Prisoner Number F11343

Institutional Address CMF P.O.Box 2000 Vacaville ca.95696-2000

E-filing CRB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeffery Eugene Walker
(Enter the full name of plaintiff in this action.)

vs.

Jones, John doe two, John doe Three, John doe four, John doe five, Sued in their Individual capacity Jane doe Supervisory official
(Enter the full name of the defendant(s) in this action)
Jane doe one Jane doe two, Jane doe Three, sued in their individual Capacity.

Case No. CV 08 0757
(To be provided by the clerk of court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement Vacaville

B. Is there a grievance procedure in this institution?

YES (X) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (X) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at

08-757 CRB (PR)



CV 08 0757

# U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. This means that you **must** (check off the boxes ☑ when done):

☑ 1) **Serve** this ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

Each attorney representing a party must also:

☑ 2) **Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, do not register again, your registration is valid for life on all ECF cases in this district.

☑ 3) **Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

☑ 4) Access dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

**Questions**

Almost all questions can be answered in our **FAQ**s at **http://ecf.cand.uscourts.gov**, please check them first.

You may also email the ECF Help Desk at ECFhelpdesk@cand.uscourts.gov or call the toll-free ECF Help Desk number at: (866) 638-7829.

The ECF Help Desk is staffed Mondays through Fridays from 9:00am to 4:00pm Pacific time, excluding court holidays.



Mr. Je
CMF P.O. Box 2000
Vacaville CA. 95696-2000
FIRST CLASS
UNITED STATES POSTAGE
PITNEY BOWES
$ 02.50⁰
MAILED FROM ZIP CODE
Northern District of California
450 Golden Gate Ave
San Francisco CA. 94102-3483
Confedential
Legal mail