E-filing



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeffery Eugene Walker

Plaintiff,

vs.

San Francisco County Jail

Defendant.

CASE NO. *VD* **1264** CRB

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR)

I, _Jeffery Eugene Walker_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _N/A_   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _Business owner mr. wonderfulentertainment_
4  _____
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8      a.   Business, Profession or           Yes ___ No ✓
9            self employment
10      b.   Income from stocks, bonds,       Yes ___ No ✓
11            or royalties?
12      c.   Rent payments?                   Yes ___ No ✓
13      d.   Pensions, annuities, or          Yes ___ No ✓
14            life insurance payments?
15      e.   Federal or State welfare payments, Yes ___ No ✓
16            Social Security or other govern-
17            ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____

22  3.   Are you married? _seperated 14 yrs_    Yes ✓ No ___
23  Spouse's Full Name: _Angela marie walker (Thomas)_
24  Spouse's Place of Employment: _unknown_
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $ _unknown_    Net $ _—_
27  4.   a.   List amount you contribute to your spouse's support:$ _None_
28      b.   List the persons other than your spouse who are dependent upon you for support

1        and indicate how much you contribute toward their support. (NOTE: For minor
2        children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3    My Family has custody of our Kids
4    _____
5    5.    Do you own or are you buying a home?      Yes ___ No ✓
6    Estimated Market Value: $ ___✓___ Amount of Mortgage: $ ___✓___
7    6.    Do you own an automobile?      Yes ___ No ✓
8    Make ___✓___ Year ___✓___ Model ___✓___
9    Is it financed? Yes ___✓ No ✓ If so, Total due: $ ___✓___
10    Monthly Payment: $ ___✓___
11    7.    Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
12    Name(s) and address(es) of bank: Wells Fargo
13    _____
14    Present balance(s): $ Negative
15    Do you own any cash? Yes ___ No ✓ Amount: $ ___
16    Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17    market value.) Yes ___ No ✓
18    _____
19    8.    What are your monthly expenses?
20    Rent: $ Im in custody     Utilities: ___—___
21    Food: $ ___—___ Clothing: ___—___
22    Charge Accounts:
23    **Name of Account**      **Monthly Payment**      **Total Owed on This Acct.**
24    ___—___    $ ___—___    $ ___—___
25    ___—___    $ ___—___    $ ___—___
26    ___—___    $ ___—___    $ ___—___
27    9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
28    they are payable. Do not include account numbers.)

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1-18-08
DATE

_Jeffrey Eugene Warter_
SIGNATURE OF APPLICANT

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

F11343

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __WALKER, J.__ for the last six months at
[prisoner name]
__CMF__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: __12-13-07__          __M. Soares__
                              [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                           REPORT DATE: 12/13/07
                                                  PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIFORNIA MEDICAL FACILITY
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JUL. 13, 2007 THRU DEC. 13, 2007

ACCOUNT NUMBER : F11343              BED/CELL NUMBER: MIL1000000001365
ACCOUNT NAME   : WALKER, JEFFERY         ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                         TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS         TRANSACTIONS
  BALANCE        DEPOSITS      WITHDRAWALS   BALANCE       BALANCE       TO BE POSTED

    0.00          0.00          0.00          0.00          0.00          0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-13-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  M. Soares
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

0.00