IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO COUNTY JAIL,<br><br>    Defendant. | No. CV 08-01264 CRB ,<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( )  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X)  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of defendants.

Dated: March 14, 2008                                   Richard W. Wieking, Clerk
                                                        By: [signature]
                                                        Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

    Plaintiff,

 v.

SF COUNTY JAIL et al,

    Defendant.
              /

Case Number: CV08-01264 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffery E. Walker F-11343
CMF
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: March 14, 2008

            Richard W. Wieking, Clerk
            By: Barbara Espinoza, Deputy Clerk