IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JEFFERY WALKER,<br>    plaintiff (s),<br><br>vs.<br><br>SANFRANCISCO COUNTY JAIL,<br><br>    defendants (s). | No.c 08-1264 CRB (PR)<br><br>OPPOSITION TO THE MOTION<br><br>TO DISMISS AND CLARIFICATION<br><br>OF COMPLAINT and to Amend<br><br>John Doe defndants. |

----------------------------

I had submitted a cival complaint against the sanfrancisco county Jail but have failed to mention that this complaint was ment to be filed as a state and federal issue claim.It was my understanding that if I had a complaint based on both state and federal law that I may be able to file it in a federal cival rights suit that also raises state law claims. I was attempting to bring them both in a single claim.

Clarification on Issue and admittance by the jail
and responce to Denial

My argument is not that the jail deprived a state prisoner of my property but that the jail had failed to place my unit property consisting of legal court document,legal notices business related that would have an adver affect,personal property,etc all noted on claim form to the board. with transpertation so that this property would go with me to prison.

See added page Statement of facts in clarification
of complaint

1

2                    STATEMENT OF FACTS & CLARIFICATION

3                         OF DENIAL OF COMPLAINT

4

5

6 On January 17,2005 I was taken fron my unit at the sanfrancisco county jail

7 and emergency transfered to Sanfrancisco general hospital due to a suicide

8 attempt and slashing of wrist with a razor.See;Exhibit A attached medical

9 report.

10 The unit staff officers john and jane doe per procedural policy was to pack my

11 property ind place it in a safe place and it noted were as an inmate a was at.

12 on January 18,2005 the next day an emergency order was made to transfer me to

13 prison to serve my now sentence.

4 The sanfrancisco county jail staff were to make sure that all of my personal

5 property was gotten from the jail in mu unit and up in custody and to give it

6 to transpertation.They failed and had violatated a procedural policy.

7 The reason is because I was not at the jail but at the hospital were I would

8 be picked up from there and would not be returning to the Jail,so it was there

9 responsability to do this they failed.

0 as a result the transportation officers John Doe 1 & John doe 2 did not have

1 my property that was left in unit but only brought what was left in booking

2 that I could not have in unit.

3                    John doe 1 & john doe 2 Neglegence

4 on January 18-2005 I notified John doe 1 and john doe 2 about my property and

5 asked if they had all my stuff.They had replied that they had gotten my prop

6 erty that was left at booking,They were then notified that I had other things

7 as noted in board of control claim.Both officers had a chance to get my prop

8 erty before we left and had failed to do so. see added page

2 Both transpertation officers had told me that THEY WOULD IMMEDIATLY NOTIFY

3 the jail and have my poperty brought up as soon as possible.

4                          I had never heard a word

5 Do to john doe 1 and john doe 2 neglegence I would also bring a claim against

6 them because as a result of there neglegence I have suffered under,

7 cruel & unusual punishment,were I had continuously been under mental health

8 tretment and stressed out becuase of financial burdens and legal issues that

9 were not met on time becuase I could not respond without my property.

10 2.I had suffered loss of legal papers that I have to now pay to get because

11  you only get the first copy free.

12

                    Please note that I beleave that this neglegence
13
                          and a deliberate indifferance
14

15 I beleave that the county jail and transpertation were involved with a delibera†

16 wilful intentionaly destroying my property and not transfering it to get rid

17 of the evidence I had on complaints,to internal affairs,and were they new

18 that these legal and personal documents would be needed in any cases.

19 The further distruction and throwing away of personal things were done in

20 retaliation against my complaints.

21 See: court filings:I was assualted in county Jail by officers more than once.

22 Case # 08-0757  # 08-0801- # 08-0802- # 08-1265

23 all these cival cases are due to county Jail acts of assault,giving me

24 razors so i could kill my self,placing me in dangerous sittuations and

25 denial of medical 7 mental health treatment.

26 If you look at Jan 17 2005 i went to hospital and placed in crisis after an

27 officer gave me a razor after court so i could kill myself.

28          I beleave there is a claim under both cival 7 State

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6  JEFFERY WALKER                          )          No.c 08-1264 CRB (PR)
                                           )
7      plaintisff (s)                      )                Amend
                                           )
8  vs.                                     )          John doe 1
                                           )
9  SANFRANCISCO COUNTY JAIL,               )          John Doe 2
                                           )
10 JOHN DOE 1 ,                            )
                                           )
11 JOHN DOE 2                              )
                                           )
12 _____      )

13

14

15 respectfuly requesting to amend and ad john doe 1 and john doe 2 as they

16 are involved as county Jail transpertation officers who were notified to

17 get my property and had failed and as a result of there neglegence I

18 had suffered .

19 Mental and emotionaly in wich has resulted in injuries for the last two

20 years.

21 I have suffered Personaly were my credit has been affected because I could

22 not respond to the letters and notifications of liens and other hardships

23 I have been affected because i am now in debt with creditors.

24 I have suffered were I cannot get legal copies of court case unless i pay

25 because you only get one copy free and thats the one they lost.

26 My personal property,loss ha s affected me because I now cannot write or

27 contact people whos numbers and adresses etc.Have been destroyed.wich has

28 gravely caused me mental health problems. & There neglegence to get it.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

**FILED**

MAR 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAR 1 7 2008

ENTERED IN CIVIL DOCKET_____

JEFFERY E. WALKER,                    )

    Plaintiff(s),                    )

vs.                    )

SAN FRANCISCO COUNTY JAIL,                    )

    Defendant(s).                    )

No. C 08-1264 CRB (PR)

ORDER OF DISMISSAL

# 5-BC

16    Plaintiff, a prisoner at the California Medical Facility in Vacaville, has

17    filed a pro se complaint under 42 U.S.C. § 1983 alleging unlawful deprivation of

18    property.

19    **DISCUSSION**

20    A.    Standard of Review

21    Federal courts must engage in a preliminary screening of cases in which

22    prisoners seek redress from a governmental entity or officer or employee of a

23    governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable

24    claims or dismiss the complaint, or any portion of the complaint, if the complaint

25    "is frivolous, malicious, or fails to state a claim upon which relief may be

26    granted," or "seeks monetary relief from a defendant who is immune from such

27    relief." Id. § 1915A(b). Pro se pleadings must be liberally construed, however.

28    Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1990).

*I suffered*
*Due to there*
*negligance*
*Deliberate*
*Indifferent*

*Amend and clarify - The jail Failed to*
*transFer my property and Hureñore- destroyed it*

1    To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two

2    essential elements: (1) that a right secured by the Constitution or laws of the

3    United States was violated, and (2) that the alleged violation was committed by a

4    person acting under the color of state law. West v. Atkins, 487 US 42, 48 (1988).

5    B.    Legal Claims

6    A negligent or intentional deprivation of a state prisoner's property fails to

7    state a due process claim under § 1983 if the state has an adequate post-

8    deprivation remedy. See Hudson v. Palmer, 468 U.S. 517, 533 (1984).

9    California Law provides such an adequate post-deprivation remedy for

10   deprivations of property. See Barnett v. Centoni, 31 F.3d 813, 816-17 (9th Cir.

11   1994) (citing Cal. Gov't Code §§ 810-895). Plaintiff's allegations of unlawful

12   deprivation of property fail to state a claim cognizable under § 1983. See id. at

13   817.[1]

**CONCLUSION**

15   For the foregoing reasons, the complaint is DISMISSED under the

16   authority of 28 U.S.C. § 1915A(b)

17   The clerk shall enter judgment in favor of defendants and close the file.

18   SO ORDERED.

19   DATED: *March 14, 2008*

CHARLES R. BREYER
United States District Judge

23   G:\PRO-SE\CRB\CR.08\Walker, J4.dismiss.wpd

26   [1]A prisoner is not protected by the Fourth Amendment against the seizure,
destruction or conversion of his property. See Taylor v. Knapp, 871 F.2d 803,
27   806 (9th Cir. 1989).

28                                                  2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

Plaintiff,

v.

SF COUNTY JAIL et al,

Defendant.

_____/

Case Number: CV08-01264 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffery E. Walker F-11343
CMF
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: March 14, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk

**FILED**

MAR 1 4 2008

IN THE UNITED STATES DISTRICT COURT
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,                          No. CV 08-01264 CRB ,

    Plaintiff,
                                            **JUDGMENT IN A CIVIL CASE**

v.

SAN FRANCISCO COUNTY JAIL,

    Defendant.                              # 6 -13

/

    () **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of defendants.

Dated: March 14, 2008                       Richard W. Wieking, Clerk

                                            By:
                                            Deputy Clerk

MAR 1 7 2008

ENTERED IN CIVIL DOCKET

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

    Plaintiff,

v.

SF COUNTY JAIL et al,

    Defendant.
_____/

Case Number: CV08-01264 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffery E. Walker F-11343
CMF
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: March 14, 2008

                    Richard W. Wieking, Clerk
                    By: Barbara Espinoza, Deputy Clerk

Jeffery E. Walker    F-11343
CMF
P.O. Box 2000
Vacaville, CA 95696-2000

CV08-01264 CRB

CA MEDICAL FACILIT

Jeffery Walker F11343
CMF P.O.Box 2000
Vacaville CA.95696-2000

Northern District of c

450 Golden Gate Av011

SanFrancisco CA 94